**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1726

DARLENE LACKEY HALL,

              Plaintiff - Appellant,

        v.

NORTH CAROLINA, State of; ALEXANDER COUNTY SHERIFF'S
DEPARTMENT; RICHARD TALBERT HALL; RICKY MINTON; SARA
ELIZABETH MECIMORE; WESTERN PIEDMONT COUNCIL OF GOVERNMENTS;
ALEXANDER COUNTY DEPARTMENT OF SOCIAL SERVICES; CLEDA
GRAHAM; STEVEN J. JOLLY; DEBORAH B. JOLLY; CALDWELL COUNTY
SHERIFF'S DEPARTMENT,

              Defendants – Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L.
Voorhees, District Judge.  (5:07-cv-00048-RLV)

Submitted:  November 20, 2008      Decided:  November 25, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darlene Lackey Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Lackey Hall appeals the district court's order summarily dismissing her complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000) for failure to state a claim, for lack of jurisdiction, and as frivolous. In her informal appellate brief, Hall failed to challenge the district court's reasons supporting the denial of relief. Accordingly, Hall has waived appellate review of those issues. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED